Konrad L. Trope (SBN: 133214)
**TROPE LAW GROUP, P.C.**
5737 Kanan Road, #585
Agoura Hills, California 91301
Phone: (818) 575-7423
Email: ktrope@tropelawgroup.com

Attorney for Plaintiff, Konrad L. Trope

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

## WESTERN DIVISION

| | |
|---|---|
| Konrad L. Trope, a resident of the State of California;<br><br>                                        Plaintiff,<br><br>            vs.<br><br>Theodore Robert Mandes, Jr., a resident of the State of Florida; Theordore Robert Mandes, **Sr**., a resident of the State of Florida; and DOES 1 through 10, inclusive,<br><br>                                        Defendants. | Case No.: 2:23-cv-08985-DMG-SSC<br><br>**JOINT STATUS REPORT & STIPULATION TO CONTINUE TRIAL AND TRIAL RELATED DATES**<br><br>*Assigned to the Honorable Dolly M. Gee*<br><br>Complaint filed: October 24, 2023<br>Trial: December 3, 2024 |

In accordance with this Court's Order of August 19, 2024 [Dkt. # 27] the parties have been mediating this case in front of Mark Petersen, Esq., the mediator who originally agreed to facilitate settlement discussions.

As of today, there is still a great divide between the parties so far as settlement positions are concerned. At the time of drafting and filing this Joint Status Report, Mr. Petersen is still engaged in robust attempts to bring the parties together and complete a settlement.

**JOINT STATUS REPORT & STIPULATION TO CONTINUE TRIAL AND TRIAL RELATED DATES**

Nevertheless, out of an abundance of caution, and since the parties do remain far apart so far as settlement positions are concerned, counsel for the parties hereby request that the Court continue the trial date and all other related pre-trial deadlines for 6 months.

Discovery has been limited up until now because of the hope that settlement might be achieved in the absence of incurring attorney's fees through the discovery process. However, if settlement cannot be reached through mediation efforts through Mr. Petersen, then Plaintiff Konrad L. Trope intends to exercise all rights for discovery including the taking of at least five or six depositions, which includes 3-4 third-party witness plus the two Defendants.

Respectfully submitted,

TROPE LAW GROUP, P.C.

DATED:                    By: _Konrad L. Trope_____
                              Konrad L. Trope
                              Attorneys for Plaintiff

LAW OFFICE OF DAN FRIEDLANDER

DATED:                    By: /s/ Daniel A. Friedlander
                              Daniel A. Friedlander
                              Attorneys for Defendants

**2**

**JOINT STATUS REPORT & STIPULATION TO CONTINUE TRIAL AND TRIAL RELATED DATES**